JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR05-145TSZ |
| Plaintiff, | |
| v. | ORDER |
| AHMED CHARLES LINDSEY, and, LANA DANIELLE SWEAT, | |
| Defendants. | |

This Court having considered the stipulation of the parties hereby GRANTS the parties' request for a continuance of the trial date and pre-trial motions cutoff date. Defendants Ahmed Charles Lindsey and Lana Danielle Sweat have indicated their knowing, voluntary, and intelligent waivers of their rights to a speedy trial by executing written waivers of their right to a speedy trial through September 19, 2005.

In view of the parties' agreement to continue the trial date, for the reasons stated in their stipulation, the defendants' knowing, voluntary, and intelligent waivers or anticipated waivers of their right to a speedy trial, the parties' desire to continue to engage in plea discussions, the complexity of the case, and the interest of the public in ensuring the accused adequate, effective, and continued representation by counsel presently assigned, this Court finds that the ends of justice served by granting a continuance outweighs the best interests of the public and the defendant in a speedy trial.

ORDER — 1
*United States v. Ahmed Charles Lindsey, et al.,* Case No. CR05-145TSZ

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   The parties motion for continuance is GRANTED.  Trial is reset for September 6,
2   2005, and all pre-trial motions shall be served on or before August 31, 2005.  The time
3   from June 20, 2005 to September 6, 2005, shall be excludable under the Speedy Trial
4   Act, Title 18, United States Code, Section 3161(h)(8)(A).

6   Dated this 8th day of June, 2005.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

12  Presented by:

13  *s/ John J. Lulejian*
14  JOHN J. LULEJIAN
    Assistant United States Attorney
15  United States Attorney's Office
    700 Stewart Street, Suite 5220
16  Seattle, WA 98101-1271
17  Telephone:  (206) 553-7970
    Fax:  (206) 553-0755
18  E-mail: John.Lulejian@usdoj.gov

20  *s/ Ilene J. K. Miller*
    ILENE J. K. MILLER
21  Assistant United States Attorney
    United States Attorney's Office
22  700 Union Street, Suite 5220
23  Seattle, Washington 98101-1270
    Telephone:  (206) 553-7970
24  Facsimile:  (206) 553-0755
    E-mail: Ilene.Miller@usdoj.gov

ORDER  — 2
*United States v. Ahmed Charles Lindsey, et al.,* Case No. CR05-145TSZ

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970